## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | No: 07 B 08527 |
| | ) | |
| MARC ROBERT SHELLIST, | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

### Order for Extension of Time for Filing Complaints to Determine Dischargeability And Objections to Discharge

This cause having come before the Court on the routine motion of Regis Technologies, Inc, a creditor, pursuant to Local Bankruptcy Rule 9013-9, to extend time for filing complaints to determine dischargeability and objections to discharge, notice having been given, and the Court being fully advised:

IT IS ORDERED that Regis Technologies, Inc.'s time for filing complaints to determine dischargeability and objections to discharge is extended until November 26, 2007. FINAL EXTENSION.

ENTER:

BANKRUPTCY JUDGE

OCT 2 6 2007

Drafted by:
Christopher J. Callahan
Law Office of Christopher J. Callahan
Attorney for creditor, Regis Technologies, Inc.
2145 W. Grace St.
Chicago, IL 60618
T: (312) 804-0495
F: (312) 327-5895
Attorney No. 6228707